**FILED**

08/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0342

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0342

IN THE MATTER OF

A.C.Y. Jr.,

    Youth in Need of Care.

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant is granted an extension of time until September 27, 2024 to prepare, file and serve the Opening Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 21 2024